IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRENT DIXON, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | No. 12-2657 |
| | : | |
| HONORABLE JUDGE | : | |
| KENNETH POWELL, JR., et al., | : | |
| Respondents. | : | |

## ORDER

**J. CURTIS JOYNER, C.J.**

AND NOW, this 9th day of July, 2012, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ of habeas corpus is DISMISSED as moot.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

_____
J. CURTIS JOYNER, C.J.